ACCEPTED
01-14-01026-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/3/2015 12:26:37 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-01026-CV

_____

IN THE COURT OF APPEALS OF TEXAS
FOR THE FIRST DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/3/2015 12:26:37 PM

CHRISTOPHER A. PRINE
Clerk

_____

ENSIGN SERVICES, LLC (F/K/A FE SERVICES, L.L.C.),
FE SERVICES HOLDINGS, INC., AND JAMES STEWART,

*Appellants,*

V.

MARC JAN LEVESCONTE

*Appellee.*

_____

Appealed from the 333rd District Court
of Harris County, Texas, Cause No. 2009-04966

_____

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

_____

Emma C. Mata
Seyfarth Shaw LLP
State Bar No. 24029470
700 Milam, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Telecopier: (713) 225-2340
emata@seyfarth.com

Wanda McKee Fowler
Wright & Close LLP
State Bar No. 13698700
Three Riverway, Suite 600
Houston, Texas 77056
(713) 572-4321
(713) 572-4320 (Fax)
fowler@wrightclose.com

*Attorneys for Appellants/Cross-Appellees,*
*Ensign Services, L.L.C. (f/k/a FE Services, L.L.C.),  FE*
*Services Holdings, Inc., and James Stewart*

19543507v.3

TO THE HONORABLE COURT OF APPEALS:

Appellants Ensign Services, LLC, FE Services Holdings, Inc., and James Stewart respectfully file this unopposed motion for a 30-day extension of time to file their appellants' brief.

Appellants' brief is currently due on April 13, 2015. Appellants request a 30-day extension of the deadline, which would reset the deadline for appellants' brief to May 13, 2015.

This is Appellants' first request to extend the briefing deadline.

Although counsel for Appellants have been working diligently to prepare the brief, counsel need additional time due to concurrent deadlines and briefing requirements in other matters, some of which cannot be extended, including:

- *Matthew Kendall v. Turn-Key Specialists, Inc., and James T. Lewellen*, Case No. 2012-72621; in the 152nd Judicial District Court, Harris County, Texas (prepared for and attended trial as appellate counsel February 23 - March 10, 2015; prepared four separate bench briefs, filed on March 3, 2015 and March 9, 2015; prepared Findings of Fact and Conclusions, filed on March 18, 2015);

- *Smith, et al. v. Williams*, Case No. 06-14-00040-CV; in the Sixth Court of Appeals, Texarkana, Texas (prepared for and presented oral Argument on April 1, 2015);

- *Belghiti v. Select Restaurants d/b/a Top of the Hub Restaurant & Skywalk*, Case No. 10-12049-MBB; in the United States District Court for the District of Massachusetts, Boston, Massachusetts (prepared for jury trial scheduled for March 30, 2015);

- *Litvinov v. UnitedHealth Group Inc.*, No. 14-1183-cv, in the U.S. Court of Appeals for the Second Circuit (appellee's brief due May 18, 2015); and

- *Larobina v. Wells Fargo Bank, N.A.*, No. 14-2961-cv, in the U.S. Court of Appeals for the Second Circuit (appellee's brief due June 12, 2015).

One of appellants' lead counsel also had a pre-planned vacation from March 16 - 20, 2015 and other counsel have pre-planned vacations on April 9 - 12, 2015 and April 18 - 26, 2015.

Additionally, Appellee Marc Jan LeVesconte ("LeVesconte") filed a late notice of cross-appeal on February 21, 2015, and a motion to extend the time to file a notice of cross-appeal on March 20, 2015. As a result, Appellants' counsel spent time preparing a motion to dismiss LeVesconte's cross-appeal and an objection to his motion to extend time. While Appellants believe the court lacks jurisdiction to entertain LeVesconte's cross-appeal and motion to extend, a contrary ruling might materially affect Appellants'

briefing. Thus, Appellants request additional time to file their brief, to provide sufficient time to account for this Court's anticipated decision on whether it will consider LeVesconte's cross-appeal.

Finally, this extension is warranted so that appellants have sufficient time to present their arguments to this Court in a concise, helpful manner. The trial court record is voluminous. There are hundreds of pages of post-verdict briefing, and hundreds more pages of post-judgment briefing. Appellants need additional time to distill that briefing for the Court's ready review.

Marc Jan LeVesconte is not opposed to this request for an extension.

For the foregoing reasons, Appellants Ensign Services, LLC, FE Services Holdings, Inc., and James Stewart respectfully request that this Court grant this motion and extend the deadline for appellants to file their appellants' brief to May 13, 2015.

**Respectfully submitted,**

**SEYFARTH SHAW LLP**

*/s/  Emma C. Mata*
Emma C. Mata
State Bar No. 24029470
700 Milam, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Telecopier: (713) 225-2340
emata@seyfarth.com

**WRIGHT & CLOSE LLP**

Wanda McKee Fowler
State Bar No. 13698700
Three Riverway, Suite 600
Houston, Texas 77056
(713) 572-4321
(713) 572-4320 (Fax)
fowler@wrightclose.com

*Attorneys for Appellants/Cross-Appellees,*
*Ensign Services, L.L.C. (f/k/a FE Services, L.L.C.),*
*FE Services Holdings, Inc., and James Stewart*

19543507v.3

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Lloyd Kelley, counsel for Appellee, regarding the filing of this motion, and that he stated Appellee is unopposed.

/s/ Emma C. Mata
Emma C. Mata

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2015, a true and correct copy of the foregoing instrument was properly forwarded to counsel of record for Appellee Marc Jan LeVesconte in accordance with the Texas Rules of Appellate Procedure, as follows:

Lloyd E. Kelley
THE KELLEY LAW FIRM
2726 Bissonnet, Ste. 240 PMB 12
Houston, Texas 77005
(281) 652-5973 - fax
**Attorney for Appellee**

/s/ Emma C. Mata
Emma C. Mata